**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division**



JOE HAND PROMOTIONS, INC.,

        Plaintiff,

v.                                      ACTION NO. 2:11cv58

CITIBARS, INC.,
d/b/a RED BONES RAW BAR
SEAFOOD GRILL,

        Defendants.

### FINAL ORDER

This matter comes before the court on plaintiff's Motion for Default Judgment, filed on October 26, 2011. The matter was referred to a United States Magistrate Judge by Order of November 16, 2011, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motion.

The United States Magistrate Judge's Report and Recommendation was filed on February 8, 2012. The magistrate judge recommended granting in part and denying in part plaintiff's Motion for Default Judgment against Citibars.

By copy of the report and recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto. The court has received no objections to the

magistrate judge's report and recommendation, and the time for filing same has expired. The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed February 8, 2012. Accordingly, the plaintiff's Motion for Default Judgment against Citibars is **GRANTED** to the extent that it seeks entry of default judgment against Citibars; Citibars is **ORDERED** to pay total damages to the plaintiff in the amount of $24,382.83, consisting of $4,900.00 in statutory damages, $15,000.00 in enhanced damages, and $4,482.83 in attorney's fees and costs, see 47 U.S.C. § 605(e)(B)(iii), (C); and to the extent plaintiff's motion seeks relief inconsistent with this recommendation, that motion is **DENIED**. The Clerk shall enter judgment for the plaintiff to this effect.

The Clerk shall also forward a copy of this Final Order to all parties of record.

It is so ORDERED.

/s/
Rebecca Beach Smith
Chief
United States District Judge

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

February 28, 2011

2